■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME A. BLAKE, Appellant, against ROBERT MURPHY, as Warden of Auburn Prison, Respondent. — Motion to appeal on original record and handwritten briefs and for other relief denied on the ground that the papers fail to show merit to the appeal.

## (May 21, 1956)

■ DONNA M. LYNCH, an Infant, by DANIEL J. LYNCH, Her Guardian ad Litem, Respondent, v. COUNTY OF ERIE, Appellant.— Order and amended order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order and an amended order of Erie Special Term vacating defendant's notice of taking the testimony of Daniel J. Lynch (guardian ad litem of the infant plaintiff) before trial. The amended order provides that the denial is without prejudice to defendant's moving to examine Daniel J. Lynch as a witness.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ DONNA M. LYNCH, an Infant, by DANIEL J. LYNCH, Her Guardian ad Litem, Respondent, v. COUNTY OF ERIE, Appellant.— Order reversed on the law and facts, without costs of this appeal to either party, and motion granted, without costs. Memorandum: We conclude that the record presents special circumstances entitling the defendant to examine the witness before trial. All concur, except Kimball and Bastow, JJ., who dissent and vote for affirmance in the following memorandum: In our opinion this record discloses no special circumstances within the meaning of section 288 of the Civil Practice Act which justify the granting of an examination of this witness before trial. (Appeal from an order of Erie Special Term denying defendant's motion for an order directing the examination of Daniel J. Lynch as a witness before trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ MARILYN HALL, Appellant, v. C. L. STRUNK, Respondent.— Order affirmed, without costs of the appeal to either party. All concur. (Appeal from an order of Monroe County Court denying plaintiff's motion to set aside the verdict of a jury in favor of plaintiff and for a new trial on the ground of inadequacy, in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ WARD HALL, Appellant, v. C. L. STRUNK, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Monroe County Court denying plaintiff's motion to set aside the verdict of a jury in favor of plaintiff and for a new trial on the ground of inadequacy, in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ In the Matter of the Probate of the Will of CAROLINE C. SCHINTZIUS, Deceased. FRANK P. SWARTZ, as Executor of CAROLINE C. SCHINTZIUS, Appellant; ROSA HEIM et al., Respondents.— Decree insofar as appealed from affirmed, without costs of this appeal to any party. All concur. (Appeal from part of a decree of Erie Surrogate's Court after trial of issues before MARSH, J., and a jury, at Erie Trial Term, adjudging that decedent was not free from restraint and that the execution of the purported will was procured by fraud, deceit and undue influence. ) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ ALICE M. LARZELERE et al., Respondents, v. EDGAR F. SCHAFFER, Appellant, et al., Defendant.— Order affirmed, with $20 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying a motion by defendant Schaffer for a physical re-examination of plaintiff.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.